Joshua D. Cools, Esq. (SBN 11941)
Skylar Arakawa-Pamphilon, Esq. (SBN 15864)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
jcools@efsmmlaw.com
sarakawa@efsmmlaw.com
*Attorneys for Defendant Navistar, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RSO CORPORATION, a Nevada corporation, dba WORLD WIDE SAFETY RENTAL SERVICES,<br><br>Plaintiff,<br><br>v.<br><br>NAVISTAR, INC., an Illinois corporation; DOES I-X, inclusive; and ROE BUSINESS ENTITIES I-X, inclusive,<br><br>Defendants. | **CASE NO. 2:23-cv-01669-JAD-DJA**<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER AND EXTEND TIME TO SERVE FED. R. CIV. P. 26(a)(1) INITIAL DISCLOSURES**<br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that the time for Defendant Navistar, Inc. ("Navistar") to file its Answer to Plaintiff RSO Corporation's ("RSO") Complaint is extended seven (7) days, from December 11, 2023 to December 18, 2023.  This is the first stipulation for extension of time as to the Answer. RSO and Navistar further stipulate to extend the deadline to serve their initial disclosures seven (7) days from December 11, 2023 to December 18, 2023 pursuant to Rule 26(a)(1).

/ / /

The extension request is necessary to provide counsel with additional time to evaluate the allegations in the Complaint. The parties further mutually agree that additional time is necessary to obtain the information and documents necessary to complete preparation of their initial disclosures pursuant to Rule 26(a)(1). Accordingly, for good cause showing, the parties have agreed to the foregoing extensions.

Dated this 11th day of December, 2023.

| **HOLLEY DRIGGS** | **EVANS FEARS SCHUTTERT MCNULTY MICKUS** |
|---|---|
| */s/ Branden D. Jung* | */s/ Joshua D. Cools* |
| Ronald J. Thompson Esq. | Joshua D. Cools, Esq. |
| Nevada Bar No. 5524 | Nevada Bar No. 11941 |
| Branden D. Jung, Esq. | Skylar Arakawa-Pamphilon, Esq. |
| Nevada Bar No. 14067 | Nevada Bar No. 15864 |
| 300 South Fourth Street, Suite 1600 | 6720 Via Austi Parkway, Suite 300 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89119 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

**IT IS SO ORDERED.**

Dated: 12/12/2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE