# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RSO CORPORATION,<br><br>    Plaintiff(s),<br><br>v.<br><br>NAVISTAR, INC.,<br><br>    Defendant(s). | Case No. 2:23-cv-01669-JAD-NJK<br><br>**Order**<br><br>[Docket No. 58] |

Pending before the Court is a motion to withdraw as counsel for Plaintiff. Docket No. 58; *see also* Docket No. 59 (errata to certificate of service). No response was filed. For good cause shown, the motion to withdraw is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with the contact information for Plaintiff provided at Docket No. 59. In addition, Plaintiff must retain licensed counsel by <u>July 18, 2025</u>. *United States v. High Country Broad. Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993). <u>Failure to comply with this order may result in dismissal</u>.

IT IS SO ORDERED.

Dated: June 27, 2025

                                                                           Nancy J. Koppe<br>
                                                                           United States Magistrate Judge